UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                    :
SYLINIA JACKSON, *on behalf of herself and all others*   :
*similarly situated*,                                                :
                                                                    :
                                      Plaintiffs,                   :                    26-CV-0351 (JMF)
                                                                    :
                -v-                                                  :                    ORDER
                                                                    :
SKIN GYM INC.,                                                       :
                                                                    :
                                      Defendant.                    :
                                                                    :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 16, 2026
      New York, New York

                                     JESSE M. FURMAN
                             United States District Judge